# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Thomas Waring and Lee Anne Waring | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 21-10374pmm |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor State Farm Bank;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $13446.61 Amount of Claim has been filed in your name by Paul H. Young, Esq. Filer of Claim on 1/25/2022 Date Claim Filed.

Dated: <u>January 28, 2022</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: <u>Tasha D Dawsonia</u>
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev (07/13)